# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
U.S. Court of Appeals, Fourth Circuit
1100 East Main Street, 5th Floor
Richmond, VA 23219



---

## REPLY TO DEFENDANTS/ APPELLEEES RESPONSE TO INFORMAL BRIEF

---

Dwight Nichols, Pro'se Plaintiff /Appellant

V.

Professional Foreclosure Corp,
Nationstar Mortgage LLCd/b/a, Mr.Cooper, The Bank of New York Mellon Trust Company, N.A., not in its individual capacity but solely as trustee on behalf of FDIC 2013-R2 Asset Trust,
 Defendants/ Appellees

NO. 20- 1055 / 2: 18-cv-00256-AWA- RJK

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

---

**PRO'SE PLAINTIFF/APPELLANT, DWIGHT NICHOLS REPLY TO DEFENDANTS/ APPELLEES RESPONSE TO INFORMAL BRIEF**
FRAP 31

1.                             **INTRODUCTION**

Appellees, Nationstar Mortgage LLCd/b/a, Mr.Cooper, The Bank of New York Mellon Trust Company, N.A., not in its individual capacity but solely as trustee on behalf of FDIC 2013-R2 Asset Trust. Filed an Informal Response Brief on February 27,$^{th}$ 2020. In The Appellees introduction there were several deliberate, blatant and misleading statements. I Pro'se Plaintiff /Appellant, Dwight Nichols did not filed multiple lawsuits. I Pro'se Plaintiff /Appellant, Dwight Nichols filed a legal civil complaint on November 27, 2017. Judge Moore instructed my mother, Mary Harrell and I Pro'se Plaintiff/ Appellant, Dwight Nichols to get an attorney. My mother, Mary Harrell hired an attorney. The attorney filed an amended complaint. On May 15, 2018 Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper, filed a notice of Removal of the civil case no. CL18001492-00 from the Circuit Court For The City Portsmouth Virginia to the United States District Court for the Eastern District of Virginia, Norfolk Division.

I, Pro'se Plaintiff /Appellant, Dwight Nichols had my home located at 1508 Crystal Lake Drive, Portsmouth, Virginia built in June, 1999. My home was paid in full. I did not apply for a loan on my property. I Pro'se Plaintiff /Appellant, Dwight Nichols have been occupying my home for 20 years and I have never rented a room to anyone. It is not a Rental Property as Appellees have stated in their introduction statement line 2. I never signed any notes stating that I was intending to invest any money. The notes were part of the forged and falsified mortgage documents that I received from Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper,.

I, Pro'se Plaintiff /Appellant, Dwight Nichols have made every effort, and Due Diligence in order to get the mortgage companies to send me copies of the documents. However, the mortgage predecessors nor, Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper, would not forward any documents. Every mortgage company concealed the documents and sold the forged and falsified loan without forwarding any mortgage documents to me. I, Pro'se Plaintiff

/Appellant, Dwight Nichols did not received any mortgage documents until I filed a complaint with the Virginia Corporation State Commission Bureau of Financial Institutions in October of 2017. The Virginia Corporation State Commission Bureau of Financial Institutions sent me some mortgage

Page 4 of Reply to Defendants / Appellees Response to Informal Brief    NO. 20- 1055 / 2: 18-cv-00256-AWA- RJK

documents and Nationstar Mortgage Company sent more Mortgage document after November 17, 2017. I, Pro'se Plaintiff /Appellant, Dwight Nichols did not receive any mortgage documents until after October 2017 because the mortgage companies concealed all documents from me.

I, Pro'se Plaintiff /Appellant, Dwight Nichols did not apply for a loan nor did I sign any documents for a mortgage on my home. I am living a nightmare. If this injustice had not happened to me I would not have believed this nightmare could have happened to anyone.

I, Pro'se Plaintiff/ Appellant, Dwight Nichols included the supporting documents along with the Informal Briefing dated February 13, 2020.

## ARGUMENT

A. Standard of review

Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper, filed a notice of Removal of the civil case no. CL18001492-00 from the Circuit Court For The City Portsmouth Virginia to the United States District Court for the Eastern District of Virginia, Norfolk Division.  Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper, moved the civil case no. CL18001492-00 from the Circuit Court for the City of Portsmouth Virginia to the United States District Court for the Eastern District of Virginia, with full knowledge of the prevailing rule mandating complete diversity.  However, Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper, had no intentions of abiding by 28 U.S.C. section 1332. Therefore violating the United States Federal Code 28 section 1332, and violating my, Pro'se Plaintiff/ Appellant, Dwight Nichols rights to a impartial and fair hearing in the United States District Court for the Eastern District of Virginia, Norfolk Division. Appellee / Defendant, Professional Foreclosure

Page 6 of Reply to Defendants / Appellees Response to Informal Brief       NO. 20- 1055 / 2: 18-cv-00256-AWA- RJK

Corporation of Virginia resides in the same state as I, Pro'se Plaintiff/ Appellant, Dwight Nichols.

Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper filed the case in May 2019 as Professional Foreclosure Corporation in order to remove the case from State Court to the United States District Court for the Eastern District of Virginia, Norfolk Division, Now the Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper filed an Informal Response Brief leaving out the defendant/ Appellee, Professional Foreclosure Corporation. The Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper appears to be filing their Untied States Court of Appeals for the Fourth Circuit in different names and not in the name of the initial Appellee/Defendant Professional Foreclosure Corporation.

Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper and it's Predecessor mortgage

Companies deliberately concealed and withheld all mortgage documents and deeds of trusts from Myself, Pro'se Plaintiff/ Appellant, Dwight Nichols, despite my every attempt and due diligence my every effort failed in trying to receive mortgage documents, until I filed a complaint with The Virginia Corporation State Commission Bureau of Financial Institutions in October 2017, and they sent me some mortgage documents in November 2017. I, Pro'se Plaintiff/ Appellant, Dwight Nichols along with my mother, Mary Harrell filed a civil complaint on November 27, 2017. I hired three attorneys and solicited the help of the Legal Aid Society of Hampton Roads in order to get mortgage documents to no avail, or ineffective. I, Pro'se Plaintiff/ Appellant, Dwight Nichols, have little to no knowledge of the law.

I, Pro'se Plaintiff/ Appellant, Dwight Nichols had no way of learning about this forged and falsified mortgage loan except I was told to make the mortgage payments or lose my home. Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper and it's Predecessor mortgage companies deliberately concealed and withheld all mortgage documents and deeds of trusts that were forged at their will from Myself, Pro'se Plaintiff/ Appellant, Dwight Nichols.

## CONCLUSION

I, Pro'se Plaintiff /Appellant, Dwight Nichols prays that this U.S. Court of Appeals for the Fourth Circuit will rule in favor of Pro'se Plaintiff /Appellant, Dwight Nichols and remove this forged and falsified mortgage by deeming it NULL and VOID, or remand this case back to state court. Without the relief from this Court of Appeals, I, Pro'se Plaintiff/ Appellant, Dwight Nichols will suffer irreparable damage from the Appellees/Defendants Professional Foreclosure Corporation of Virginia, and Nationstar Mortgage LLC d/b/a, Mr. Cooper, and this forged and falsified mortgage. I, Pro'se Plaintiff/ Appellant, Dwight Nichols has been damaged and will continue to be damaged in bearing financial responsibility for the forged and falsified mortgage, and having the prospect of foreclosure on my home. A cloud of concealment, deception and fraud hanging over my head due to a forged mortgage and deed of trust, Causing myself Pro'se Plaintiff/ Appellant, Dwight Nichols irreparable damage and homelessness.

*Dwight Nichols*

## CERTIFICATE OF SERVICE

I, Hereby Certify that on March 6th, 2020
A COPY OF PRO'SE PLAINTIFF/ APPELLANT'S REPLY TO APPELLEES
RESPONSE TO THE INFORMAL BRIEF WAS SERVED ON THE FOLLOWING
PARTIES:
CLERK FOR THE U.S. COURT OF APPEALS, FOURTH CIRCUIT
1100 EAST MAIN STREET, 5th FLOOR
RICHMOND, VA 23219


<u>Via U.P.S Mail</u>

Dennis Kyle Deak
Troutman Sanders LLP(NC)
305 Church at North Hills Street Suite 1200
Raleigh, NC 27609

William Mapp Savage
Shapiro & Brown, LLP
10021 Balls Ford Road
Manassas, VA 20109

Leonard C. Tengco
Shapiro & Brown, LLP
10021 Balls Ford Road
Manassas, VA 20109

Lisa Marie Ernest
Fidelity National Law Group
8100 Boone Boulevard
Suite 600
Vienna, VA 22182-2649

Benjamin Alexander Wills
Kaufman & Canoles PC
Richmond 1021 E Cary Street Suite 1400
Richmond, Va 23219

Sincerely,

*Dwight Nichols* (signature)

Dwight Nichols
Pro'se Plaintiff/Appellant
1508 Crystal lake Dr.
Portsmouth, Virginia 23701



Dwight Nichols
Pro'se Plaintiff/Appellant
1508 Crystal lake Dr.
Portsmouth, Virginia 23701

CLERK FOR THE U.S. COURT OF APPEALS, FOURTH CIRCUIT
1100 EAST MAIN STREET, 5th FLOOR
RICHMOND, VA 23219